

# Fourth Court of Appeals
## San Antonio, Texas

January 8, 2020

No. 04-19-00715-CV

**THE STATE OF TEXAS,** ex. rel. Todd A. Durden, In his Official Capacity as County Attorney of Kinney County, Texas, Relator,
Appellants

v.

Rick **ALVARADO,** In his Official Capacity as District and County Clerk of Kinney County, Texas, Respondent; and Kinney County, Texas, By and Through Its Governing Body the Kinney County Commissioners Court, Being James T. 'Tully' Shahan, In his Official Capacity as County Judge; Mark Frerich, In his Official Capacity as County Commissioner; Joe Montalvo, In his Official Capacity as County Commissioner; Dennis Dodson, In his Official Capacity as County Commissioner,,
Appellees

From the 63rd Judicial District Court, Kinney County, Texas
Trial Court No. 4863
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Appellees have filed a motion to dismiss. Appellant is ORDERED to file a response to the appellees' motion on or before January 21, 2020.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of January, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court